UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SEAN ELLISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:25-cv-00367-JRS-MKK |
| | ) | |
| FRANK VANIHILL, | ) | |
| KEVIN GILMORE, | ) | |
| RANDALL PURCELL, | ) | |
| RANDY VAN VLEET, | ) | |
| JODEANA RANEY, | ) | |
| JACK HENDRIX, | ) | |
| | ) | |
| Defendants. | ) | |

**Order on *In Forma Pauperis* Status**

On August 28, 2025, the Court granted Plaintiff Sean Ellison's motion to proceed *in forma pauperis* and assessed an initial partial filing fee of $12.57. Dkt. 10. After Mr. Ellison failed to pay the fee, the Court extended his deadline to do so. Dkt. 11. Pending before the Court now is Mr. Ellison's second motion for leave to proceed *in forma pauperis,* accompanied by an updated trust account statement. Dkt. 12. The Court **grants** Mr. Ellison's motion, dkt. [12]. Although the records initially presented to the Court suggested that Mr. Ellison had the ability to pay an initial partial filing fee, the Court credits his current representations in his motion that, in reality, he cannot. The Court therefore finds that Plaintiff does not have the assets or means to pay the initial partial filing fee originally assessed. Because the Prison Litigation Reform Act mandates that a prisoner will not be prohibited from bringing a civil action for the reason that he lacks the assets and means to pay an initial partial filing fee, 28 U.S.C. § 1915(b)(4), Plaintiff will be granted a waiver of payment of the initial partial filing fee in this case.

1

Although Plaintiff is excused from *pre*-paying the full filing fee, he still must pay the three hundred and fifty ($350.00) filing fee pursuant to the statutory formula set forth in 28 U.S.C. § 1915(b)(2) when able. *See* 28 U.S.C. § 1915(b)(1) ("the prisoner shall be required to pay the full amount of a filing fee.").

**IT IS SO ORDERED.**

Date: 12/19/2025

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

SEAN ELLISON
943546
MIAMI - CF
MIAMI CORRECTIONAL FACILITY
Inmate Mail/Parcels
3038 West 850 South
Bunker Hill, IN 46914-9810

Electronic notice to IDOC

2